UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSHUA J. HAWKINS,<br>Petitioner,<br>v.<br>STATE OF NEVADA, *et al.*,<br>Respondents. | Case No. 3:20-cv-00209-MMD-WGC<br>ORDER |

In this federal habeas proceeding under 28 U.S.C. § 2254, Respondents have filed a motion to dismiss (ECF No. 17 ("Motion")) Petitioner Joshua Hawkins's habeas petition (ECF No. 6 ("Petition")). In addition to arguing that the Petition is wholly unexhausted, not cognizable, and conclusory, Respondents contend dismissal is appropriate because Hawkins failed to comply with Local Rules requiring parties to a lawsuit to file written notification whenever their contact information changes. The Court finds this argument meritorious and will grant the Motion.[1]

The Court's order issued on November 2, 2020 was returned as undeliverable when mailed to Hawkins at his address on record. (ECF Nos. 12, 13.) When Respondents sought an extension of time to respond to Hawkins's Petition, they attached documentation that Hawkins was granted parole on July 14, 2020 and was released on November 10, 2020. (ECF No. 14-1.) Hawkins has not filed a document in this case or otherwise contacted the Court since May 27, 2020. (*See* ECF No. 9.)

The Local Rules provide that an attorney or *pro se* party must immediately file with the Court written notification of any change of mailing address and must also file proof of service on the opposing party. *See* LR IA 3-1. It further provides that "[f]ailure to comply

---

[1] Alternatively, Hawkins's failure to respond to the motion constitutes his consent to the Court granting it. *See* LR 7-2(d).

with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.* Hawkins has not filed a notice of change of address. Because Hawkins appears to have abandoned his pursuit of habeas relief, dismissal is the appropriate sanction.

It is therefore ordered that Respondents' motion to dismiss (ECF No. 17) is granted.

It is further ordered that Respondents' pending motions for extension of time (ECF Nos. 14, 15, 16) are granted *nunc pro tunc* as of their respective filing dates.

It is further ordered that Hawkins's petition for writ of habeas corpus (ECF No. 6) is dismissed.

It is further ordered that a certificate of appealability is denied as reasonable jurists would not find dismissal to be debatable or wrong.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 28th Day of April 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE